**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA DIVISION
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                               **CASE NO. 5:06CR2-RS/AK**

**DAVID LARON HAMILTON,**

    **Defendant.**

_____/

**REPORT AND RECOMMENDATION**

This cause is before the Court on Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, Doc. 71, and supplemental exhibits. Doc. 75. The Government has filed its response. Doc. 76. While the response was patently untimely, and the Government has offered no explanation for its failure to respond timely, Defendant has not suffered any prejudice from the Government's late action. Defendant has not filed a reply, and therefore, this cause is in a posture for decision. Having carefully considered the matter, the Court recommends that the motion be denied.

The only issue raised is whether Amendment 709, which "alters the way certain prior convictions may be counted in calculating a defendant's criminal history category," *United States v. Garcia*, 2008 WL 2644965 (N.D. Fla. July 2, 2008), is retroactively applicable to Defendant's sentence. It is not. *See Garcia* (because Amendment 709 is not listed in Sentencing

Guidelines as amendment to be given retroactive effect, it is not retroactively applicable); *see also United States v. Parker*, 2008 WL 3896011 (N.D. Fla. Aug. 20, 2008) (Sentencing Commission expressly lists amendments to Guidelines which are intended to have retroactive effect; because Amendment 709 is not on list, it is not basis for § 3582(c) relief).

In light of the foregoing, it is respectfully **RECOMMENDED** that Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, Doc. 71, be **DENIED**.

**IN CHAMBERS** at Gainesville, Florida, this  *9th*  day of October, 2008.


　　　　　　　　　　　　　　　　　*s/ A. KORNBLUM*
　　　　　　　　　　　　　　　　　**ALLAN KORNBLUM**
　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**Case No.5:06cr2-rs/ak**